JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL A. POHL, D.D.S., an individual, | Case No.: SACV 14-00377-JLS (JPRx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MEDHAT ROFAEL, D.D.S. doing business as QUALITY DENTAL CARE; DOES 1 to 10 inclusive, | |
| Defendant. | |

Having reviewed and considered the parties' Stipulation for Dismissal and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The entire action is dismissed with prejudice;
2. Each party shall bear his or its own attorneys' fees and costs in connection with the action.

**SO ORDERED:**

Dated:  October 6, 2014

_____
Honorable Josephine L. Staton
United States District Judge